# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149716(82)

In re IAQUINTA, Minors.

SC: 149716
COA: 315136
Wayne CC Family Division:
12-509215-NA

_____/

On order of the Court, the motion for reconsideration of this Court's August 22, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2014



Clerk

d1007